**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA  92626-1925
TELEPHONE:  714-668-2452
FACSIMILE 714-668-2490

Sean P. Flynn (State Bar No. 220184)
*s.flynn@mpglaw.com*

Attorneys for Defendant
RECEIVABLES PERFORMANCE MANAGEMENT, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RANDY DAKE, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> RECEIVABLES PERFORMANCE MANAGEMENT, LLC, and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. | CASE No. EDCV-12-01680 VAP (SPx) <br><br> **ANSWER TO COMPLAINT** <br><br><br> Trial Date:          TBD |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

814331.1

ANSWER TO COMPLAINT

1    Defendant RECEIVABLES PERFORMANCE MANAGEMENT, LLC

2  ("Defendant"), hereby responds on behalf of itself, and no other, to the Complaint of

3  Plaintiff RANDY DAKE, an individual ("Plaintiff"), as follows:

4    1.    Pursuant to Rule 8(b)(3) of the Federal Rules of Civil Procedure,

5  Defendant generally denies each and every allegation contained in the Complaint,

6  except as expressly admitted below.

7    2.    Defendant hereby admits the following paragraphs: 2; 4 to the extent

8  Defendant does business in San Bernardino County; 6; and 10 to the extent

9  Defendant uses telephones to attempt to collect commercial and consumer debts.

10                          **PRAYER FOR RELIEF**

11    Defendant denies that Plaintiff is entitled to any of the items set forth in the

12  prayer for relief.

13                          **AFFIRMATIVE DEFENSES**

14                        **First Affirmative Defense**

15                            (Commerce Clause)

16    Plaintiff's entire Complaint is barred by the Commerce Clause.

17                        **Second Affirmative Defense**

18                      (Unconstitutional Damage Request)

19    Plaintiff's Request for Relief is barred in whole or in part based on the U.S.

20  Constitution.

21                        **Third Affirmative Defense**

22                              (Preemption)

23    Plaintiff's state law claims are barred as against Defendant by federal law.

24                        **Fourth Affirmative Defense**

25                          (Statute of Limitations)

26    Plaintiff's claims are barred in whole or in part based on the applicable

27  statutes of limitation.

28  / / /

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

814331.1

1

ANSWER TO COMPLAINT

**Fifth Affirmative Defense**

(Contributory/Comparative Fault)

Defendant is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff and resulted from Plaintiff's own negligence, which equaled or exceeded any alleged negligence or wrongdoing by Defendant.

**Sixth Affirmative Defense**

(Failure to Mitigate)

The damages claimed by Plaintiff could have been mitigated with due diligence or by one acting under similar circumstances.  Plaintiff's failure to mitigate is a bar to recovery under the Complaint.

**Seventh Affirmative Defense**

(Estoppel)

The Complaint and each of its purported claims for relief are barred by the doctrine of estoppel.

**Eighth Affirmative Defense**

(Unclean Hands)

The Complaint and each of its purported claims for relief are barred by the doctrine of unclean hands.  Plaintiff's Complaint does not contend that the subject debt is not owed, nor that the subject debt has been satisfied.  As such, Plaintiff is in breach of the agreement with the credit originator, and but for the breach of that agreement Defendant would not have communicated with Plaintiff.

**Ninth Affirmative Defense**

(Waiver)

The Complaint and each of its purported claims for relief are barred by the doctrine of waiver.

/ / /

/ / /

**Tenth Affirmative Defense**

(Failure to State a Claim)

The Complaint, fails to state facts sufficient to constitute a cause of action against Defendant relative to the content of the alleged communications and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever, from Defendant.

**Eleventh Affirmative Defense**

(Reserved Affirmative Defenses)

Defendant alleges that the Complaint does not describe the alleged actions with sufficient particularity to permit it to ascertain what other defenses may exist at this time. Defendant therefore reserves the right to assert all defenses that may pertain to the Complaint as the facts of the case are discovered.

**WHEREFORE**, Defendant prays as follows:

1.     Plaintiff takes nothing by way of his Complaint herein and that this action is dismissed in its entirety;

2.     For Defendant's attorney's fees and costs incurred herein;

3.     For such other relief as the Court may deem just and proper.

DATED: October 5, 2012                **MUSICK, PEELER & GARRETT LLP**

By:     *s/ Sean P. Flynn*
        Sean P. Flynn
        Attorneys for Defendant
        RECEIVABLES PERFORMANCE
        MANAGEMENT, LLC

1

## **DEMAND FOR JURY TRIAL**

2

Defendant hereby requests a jury trial on all issues triable to a jury.

3

4    DATED: October 5, 2012                **MUSICK, PEELER & GARRETT LLP**

5

6

7                                          By:  */s/ Sean P. Flynn*

8                                                Sean P. Flynn
                                                 Attorneys for Defendant

9                                                RECEIVABLES PERFORMANCE
                                                 MANAGEMENT, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>PROOF OF SERVICE</u>

2

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

3

At the time of service, I was over 18 years of age and **not a party to this
action**. I am employed in the County of Orange, State of California. My business
address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

4

5

On October 5, 2012, I served true copies of the following document(s)
described as **ANSWER TO COMPLAINT** on the interested parties in this action
as follows:

6

7

**SEE ATTACHED SERVICE LIST**

8

☒   **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said
document(s) to be served by means of this Court's electronic transmission of
the Notice of Electronic Filing through the Court's transmission facilities, to
the parties and/or counsel who are registered CM/ECF Users set forth in the
service list obtained from this Court.

9

10

11

I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct and that I am employed in the office
of a member of the bar of this Court at whose direction the service was made.

12

13

Executed on October 5, 2012, at Costa Mesa, California.

14

15

*/s/ Michele D. Mesaros*
Michele D. Mesaros

16

17

18

19

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

814331.1

ANSWER TO COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**

Todd M. Friedman                          *Attorneys for Plaintiff, RANDY DAKE*
Nicholas J. Bontrager
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA  90211
Tel.: (877) 206-4741
Fax: (866) 633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com

Abbas Kazerounian                         *Attorneys for Plaintiff, RANDY DAKE*
Kazerouni Law Group, APC
2700 N. Main Street, Ste 1000
Santa Ana, CA  92705
Tel: (800) 400-6808
Fax: (800) 520-5523
ak@kazlg.com

Joshua B. Swigart                         *Attorneys for Plaintiff, RANDY DAKE*
Hyde & Swigart
411 Camino Del Rio South, Ste 301
San Diego, CA  92108-3551
Tel: (619) 233-7770
Fax: (619) 297-1022
josh@westcoastlitigation.com