| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Sean P. Flynn (SBN 220184); M. Amadea Groseclose (267091) |
| FOLEY & MANSFIELD, PLLP |
| 300 South Grand Avenue, Suite 2800 |
| Los Angeles, CA  90071 |
| (213) 283-2100 |
| (213) 283-2101 (F) |

ATTORNEY(S) FOR:  Def. Receivables Performance Management, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY DAKE, on behalf of himself and other similarly situated,<br><br>Plaintiff(s),<br>v.<br>RECEIVABLES PERFORMANCE MANAGEMENT, INC., a Washington corporation<br>Defendant(s) | CASE NUMBER:<br>5:12-cv-01680-VAP-SP<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ____RECEIVABLES PERFORMANCE MANAGEMENT, INC.____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Other than the parties to this action, Receivables Performance Management, Inc., is not aware of any other party with an interest in the outcome of this case. | |

| | |
|---|---|
| May 7, 2013 | s/ Sean P Flynn |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

RECEIVABLES PERFORMANCE MANAGEMENT, INC.